# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

ROBERT GENE BAILEY,            )
        Plaintiff,                )
                              )
v.                                  )
                              )      **JUDGMENT IN A CIVIL CASE**
WILLIAM C. TOMAN, JR., R.M. ASHLEY,   )      **CASE NO. 5:13-CV-502-D**
K.D. MACKEY, P.J. GRAHAM, RON SMITH,   )
UNKNOWN FEMALE OFFICER, C.C. BLAKE, )
JOSEPH GARDNER, OFFICER DOOER,       )
J. BAREFOOT, AND ERNESTINE WATSON,  )
        Defendants.            )

**Decision by the Court:**

     IT IS ORDERED AND ADJUDGED that this case is DISMISSED pursuant to 28 U.S.C. § 1915(g). IT IS ALSO ORDERED that a pre-filing injunction is entered against the Plaintiff, and the Clerk shall return to Plaintiff, unfiled, any new civil action which:

1. Names any of the following as a defendant, regardless of any other defendants named: R.M. Ashley, C.C. Blake, Joseph Gardner, P.J. Graham, K.D. Mackey, North Carolina Department of Motor Vehicles, North Carolina Division of Motor Vehicles, Ron Smith, Bill Toman, William C. Toman, Jr., or Unknown Female Officer; or

2. Contains any allegation of the illegal taking and holding of titles, vehicles, files, cash, jewelry, home files, pool files, or bath files; or

3. Fails to contain a statement on a separate page from the complaint that makes specific, clear factual allegations showing a possibility that Bailey is in imminent danger of serious physical injury pursuant to 28 U.S.C. § 1915(g).

    **THE ABOVE JUDGMENT WAS ENTERED TODAY, <u>AUGUST 19, 2013</u>** WITH A COPY TO:

Robert Gene Bailey, Pro Se (Via USPS to (0014848) Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

<u>August 19, 2013</u>                  JULIE A. RICHARDS, Clerk
Date                                Eastern District of North Carolina

Raleigh, North Carolina              <u>/s/ Debby Sawyer          </u>
                                   (By) Deputy Clerk